PROB 12C
(6/16)

Report Date: April 7, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Gary Lee Day, II | Case Number: | 0980 2:18CR00158-RMP-1 |
| Address of Offender: | ▓▓▓▓▓▓▓▓▓▓ Nespelem, Washington 99155 | | |
| Name of Sentencing Judicial Officer: | The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | | |
| Date of Original Sentence: | August 7, 2019 | | |
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | | |
| Original Sentence: | Prison - 50 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | June 6, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | June 5, 2025 |

### PETITIONING THE COURT

To issue a summons.

Mr. Day's conditions of supervised release were reviewed with him on June 8, 2022, and he acknowledged an understanding of the terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Day violated the conditions of supervised release by committing the criminal offense of third degree assault, on or about March 18, 2023.<br><br>Specifically, on March 18, 2023, per Colville Tribal Police Department (CTPD) report 23-0462, CTPD officers responded to the Coulee Dam Casino for a report of assault. A CTPD officer made contact with Mr. Day in which he explained that he feared for his life and had sprayed an individual with bear spray. Upon speaking to the alleged victim and witnesses in the casino who observed the incident, and viewing video surveillance, CTPD officers determined that Mr. Day was the aggressor. Mr. Day was subsequently arrested on the aforementioned charge though he was not taken into custody due the Colville Tribal Corrections facility being filled to capacity. |
| 2 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

Prob12C
Re: Day, III, Gary Lee
April 7, 2023
Page 2

**Supporting Evidence**: It alleged that Mr. Day violated the conditions of his supervised release by possessing a dangerous weapon on or about March 18, 2023.

Specifically, on March 18, 2023, per Colville Tribal Police Department (CTPD) report 23-0462, CTPD officers responded to the Coulee Dam Casino for a report of assault. Mr. Day was ultimately arrested for third degree assault after he was alleged to have sprayed bear spray on an individual. On April 6, 2023, the undersigned received and reviewed the aforementioned police report and on April 7, 2023, Mr. Day admitted to the undersigned that he did in fact possess bear spray on or about March 18, 2023.

3    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Day violated the conditions of his supervised release by consuming alcohol on or about March 18, 2023.

On March 20, 2023, Mr. Day contacted the undersigned to report the law enforcement contact he had on March 18, 2023. Mr. Day opined to the undersigned that he made a poor decision and consumed alcohol on or about March 18, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 7, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

4/7/2023

Date