PROB 12C
(6/16)

Report Date: May 11, 2023

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Gary Lee Day, II | Case Number: | 0980 2:18CR00158-RMP-1 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: August 7, 2019

Original Offense: Crime on Indian Reservation, Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence: Prison - 50 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl Allan Hicks

Date Supervision Commenced: June 6, 2022

Defense Attorney: Federal Defenders Office

Date Supervision Expires: June 5, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/07/2023.

Mr. Day's conditions of supervised release were reviewed with him on June 8, 2022, and he acknowledged an understanding of the terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: It is alleged that Mr. Day violated the conditions of his supervised release by consuming alcohol on or about April 25, 2026.

On April 25, 2023, at approximately 12:30 p.m., the undersigned and another U.S. probation officer made contact with Mr. Day at his residence. Upon making contact with Mr. Day the undersigned observed he was showing signs of being under the influence of alcohol as his eyes appeared to be bloodshot, his speech was slurred, and he was unsteady on his feet when he was walking. Mr. Day informed the undersigned that he last consumed alcohol earlier in the day on April 25, 2023. Due to Mr. Day becoming increasingly agitated, the undersigned left the residence.

Prob12C
Re: Day, Gary Lee
May 11, 2023
Page 2

| | |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Day violated the conditions of supervised release by committing the criminal offense of battery.

On April 25, 2023, at approximately 9:30 a.m., per Colville Tribal Police Department (CTPD) report 23-0727, CTPD officers responded to a residence after it was reported that Mr. Gary Day had assaulted an individual with a machete. CTPD officers were initially unable to locate Mr. Day and/or the alleged victim at the residence. Shortly thereafter, Mr. Day was observed as a passenger in a vehicle later to be determined his grandmother's vehicle. A felony stop was conducted by CTPD officers and Mr. Day was placed into handcuffs. A blue machete was located in the rear passenger seat of the vehicle in which Mr. Day's grandmother provided permission for CTPD officers to retrieve the weapon. Due to CTPD officers not yet speaking to the alleged victim and after questioning of Mr. Day it was determined there was no probable cause to arrest him at that time.

At approximately 10:16 a.m., CTPD officers made contact with the reporting party and the alleged victim. The alleged victim reported to CTPD officers that Mr. Day came to his residence and they exchanged words and were going to fight, but Mr. Day reached into the rear passenger seat of the vehicle and grabbed the machete. It was reported that Mr. Day hit the alleged victim three times with the machete, to include his head and shoulder. The victim was able to run away and get into his car and drive off. The alleged victim's injuries were documented. It was at that time the CTPD officer had probable cause to arrest Mr. Day for battery. At approximately 5:12 p.m., Mr. Day was located and arrested on the aforementioned charge in which he remains in custody at the Colville Tribal Corrections as of this writing.

| | |
|---|---|
| 6 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence**: It is alleged that Mr. Day violated the conditions of his supervised release by possessing a dangerous weapon, specifically a machete, on or about April 25, 2023.

On April 25, 2023, at approximately 9:30 a.m., per Colville Tribal Police Department (CTPD) report 23-0727, CTPD officers responded to a residence after it was reported that Mr. Gary Day had assaulted an individual with a machete. CTPD officers were initially unable to locate Mr. Day and/or the alleged victim at the residence. Shortly thereafter, Mr. Day was observed to be a passenger in a vehicle later to be determined his grandmother's vehicle in which a felony stop was conducted by CTPD officers and Mr. Day was placed into handcuffs. A blue machete was located in the rear passenger seat in the vehicle in which Mr. Day's grandmother provided CTPD to retrieve the machete. The alleged victim informed CTPD officers that Mr. Day grabbed the machete in the rear passenger seat of the vehicle prior to being struck by it.

Prob12C
Re: Day, Gary Lee
May 11, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/11/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malory Peterson*
Signature of Judicial Officer

5/11/2023
Date