PROB 12C
(6/16)

Report Date: October 14, 2025

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2025

SEAN F. McAVOY, CLERK

ECF No. 141

Name of Offender: Gary Lee Day, II                Case Number: 0980 2:18CR00158-RLP-1

Address of Offender: ███████████████ Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: August 7, 2019

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6) and 1153 |
| Original Sentence: | Prison - 50 months  TSR - 36 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (January 19, 2024) | Prison - 6 months  TSR - 30 months |
| Revocation Sentence: (August 29, 2025) | Prison - 3 months  TSR - 27 months |
| Asst. U.S. Attorney: | Earl Allan Hicks    Date Supervision Commenced: August 29, 2025 |
| Defense Attorney: | Carter Liam Powers Beggs    Date Supervision Expires: November 28, 2027 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Day's conditions of supervised release were reviewed with him on September 29, 2025, and he acknowledged an understanding of the terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged that Mr. Day violated the conditions of supervised release on or about October 5, 2025, by being in possession of a controlled substance, specifically marijuana. |
| | On October 6, 2025, at 3:55 a.m., per Kalispel Tribal Police (KTP) report 2025-82009903, Northern Quest Resort Casino (NQRC) security was informed that a female took $120 cash out of a ticket redemption machine that did not belong to her. NQCR security staff informed |

Prob12C
**Re: Day, II, Gary Lee**
**October 14, 2025**
**Page 2**

KTP officers that the female and a male were still on NQCR property and they were observed smoking from a glass pipe earlier in the day. KTP officers made contact with the aforementioned female and Mr. Day in a vehicle (silver ford focus) and they were both detained. The female admitted to taking the aforementioned $120 and gave it back to the officers and also admitted they were smoking illicit substances. A glass pipe and marijuana were seized from the vehicle and they were to be placed into evidence. Mr. Day and the female were released and were not charged with any crime. They were advised to call someone for a ride as they were not in a condition to operate a motor vehicle.

2    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Mr. Day violated the terms and conditions of supervised release on or about October 7, 2025, by committing the crimes of driving under the influence, driving without an ignition interlock device, possession of a controlled substance, and driving while license suspended in the third degree.

On October 7, 2025, at 10:30 p.m., per Spokane Police Department (SPD) report 2025-20207405, a SPD Officer was on an assigned traffic unit to conduct impaired driving enforcement. The SPD officer observed a silver Ford focus displaying a temporary registration and through his record check, the officer found out it was expired as of June 9, 2025. A traffic stop was thus initiated and the SPD officer observed the two occupants making furtive movements before the vehicle came to a stop. Mr. Day was operating the vehicle and the SPD officer noted that his pupils were very dilated and slow to react to light, his speech was rapid, his movement displayed a rigid muscle tone, and his behaviors were exaggerated. In plainview of the vehicle, the SPD officer and his backup observed a large amount of tin foil often associated with the consumption of illicit drugs, a glass pipe commonly associated with the consumption of methamphetamine, and a small baggy with a white powdery substance inside of it.

Mr. Day denied using any drugs or alcohol on the day of this incident and he agreed to a field sobriety test. The SPD officer noted four out of eight validated clues of impairment. Mr. Day provided a BAC of .000, which was inconsistent with the level of impairment observed by the SPD officer. Based on these factors, probable cause existed to charge Mr. Day with driving under the influence, third degree driving while license suspended, no ignition interlock when required, and possession of a controlled substance. Mr. Day was transported to the Spokane County Jail as search warrant was signed for his blood to confirm that he was not under the influence of anything (as he insisted). Mr. Day was informed that a judicial order was signed to draw his blood and he was allowed to speak to the on-call public defender. Mr. Day repeatedly stated he would not allow his blood to be drawn and stated he would physically resist and just take an obstruction charge. Based on SPD policy, Mr. Day's blood was not drawn and he was also charged with obstruction and booked into the jail where he is being held on $2,500 bail as of this writing.

3    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Day violated the terms and conditions of supervised release on or about October 7, 2025, by being in possession of a controlled substance, specifically methamphetamine.

Prob12C
**Re: Day, II, Gary Lee**
**October 14, 2025**
**Page 3**

On October 7, 2025, at 10:30 p.m., per Spokane Police Department (SPD) report 2025-20207405, an SPD Officer was on an assigned traffic unit to conduct impaired driving enforcement. The SPD officer observed a silver Ford focus displaying a temporary registration and through his record check, found out it was expired as of June 9, 2025. A traffic stop was thus initiated and the SPD officer observed the two occupants making furtive movements before the vehicle came to a stop. Mr. Day was operating the vehicle and the SPD officer noted that his pupils were very dilated and slow to react to light, his speech was rapid, his movement displayed a rigid muscle tone, and his behaviors were exaggerated. In plain view of the vehicle the SPD officer and his backup observed a large amount of tin foil often associated with the consumption of illicit drugs, a glass pipe commonly associated with the consumption of methamphetamine, and a small baggy with a white powdery substance inside of it. The items seized will be placed into evidence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 14, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
October 14, 2025
Date